IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KEVIN MILLER,** | |
| Plaintiff, | No. 08 CV 3185 |
| v. | Hon. David H. Coar<br>Judge Presiding |
| **INTEGRYS BUSINESS SUPPORT, LLC, d/b/a INTEGRYS** | Magistrate J. Keys |
| Defendant. | |

### NOTICE OF FILING

TO:

INTEGRYS BUSINESS SUPPORT, LLC, d/b/a INTEGRYS
c/o Timothy P. Walsh, Registered Agent
130 E. Randolph Drive
Chicago, IL 60601

PLEASE TAKE NOTICE that on *Tuesday, June 17, 2008,* Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: First Amended Complaint.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

### PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached materials, to be served upon those persons to whom said Notice is directed, via ECF and U.S. mail, this 17th day of June, 2008, before the hour of 5:00 P.M.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff