U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case No.: 08 CV 3185

KEVIN MILLER,
        Plaintiffs,

    vs.

INTEGRYS ENERGY GROUP, INC.,
d/b/a INTEGRYS
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

INTEGRYS BUSINESS SUPPORT, LLC

| |
|---|
| NAME(Type or Print) <br> Lisa A. McGarrity |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Lisa A. McGarrity |
| FIRM <br> Franczek Sullivan P.C. |
| STREET ADDRESS <br> 300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| ID NUMBER (See Item 3 in Instructions) <br> 06198304 | TELEPHONE NUMBER <br> Phone: (312) 986-0300  Fax: (312) 986-9192 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE       YES ☒       NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE      YES ☐       NO ☒ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES ☒       NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☒    NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS: <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ ||

379365.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she filed the foregoing **APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 20th day of June, 2008.

>Lisa Kane
>Lisa Kane & Associates, P.C.
>120 South LaSalle Street
>Suite 1420
>Chicago, Illinois 60603

>s/Lisa A. McGarrity - 06198304

379365.1