U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case No.:  08 CV 3185

KEVIN MILLER,
        Plaintiffs,

    vs.

INTEGRYS ENERGY GROUP, INC.,
d/b/a INTEGRYS
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

INTEGRYS BUSINESS SUPPORT, LLC

| |
|---|
| NAME(Type or Print) <br> Staci Ketay Rotman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Staci Ketay Rotman |
| FIRM <br> Franczek Sullivan P.C. |
| STREET ADDRESS <br> 300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| ID NUMBER (See Item 3 in Instructions) <br> 06243241 | TELEPHONE NUMBER <br> Phone:  (312) 986-0300  Fax:  (312) 986-9192 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE   YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE   YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS: <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ ||

379362.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she filed the foregoing **APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 20th day of June, 2008.

>Lisa Kane
>Lisa Kane & Associates, P.C.
>120 South LaSalle Street
>Suite 1420
>Chicago, Illinois 60603

>s/Staci Ketay Rotman - 06243241

379362.1