IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  08 CV 3185 |
| | ) | |
| vs. | ) | Judge Coar |
| | ) | Magistrate Judge Keys |
| INTEGRYS ENERGY GROUP, INC., | ) | |
| d/b/a INTEGRYS | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT</u>**

Defendant Integrys Business Support, LLC ("Integrys"), incorrectly identified as Integrys Energy Group, Inc., d/b/a Integrys in the case caption, by its attorneys, Franczek Sullivan P.C., for its Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states that Integrys is a subsidiary of Integrys Energy Group, Inc.

        Respectfully Submitted,

        INTEGRYS BUSINESS SUPPORT, LLC,

        s/Staci Ketay Rotman

        Lisa A. McGarrity - 06198304
        Staci Ketay Rotman - 06243241
        FRANCZEK SULLIVAN P.C.
        300 Wacker Drive, Suite 3400
        Chicago, Illinois 60606
        (312) 986-0300
        (312) 986-9192 *fax*
        lam@franczek.com
Dated:  June 20, 2008        skr@franczek.com

379371.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she filed the foregoing **DEFENDANT INTEGRYS BUSINESS SUPPORT, LLC'S RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 20th day of June, 2008.

>Lisa Kane
>Lisa Kane & Associates, P.C.
>120 South LaSalle Street
>Suite 1420
>Chicago, Illinois 60603

>s/Staci Ketay Rotman - 06243241

379371.1