IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEVIN MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 3185 |
| | ) | |
| vs. | ) | Judge Coar |
| | ) | Magistrate Judge Keys |
| INTEGRYS ENERGY GROUP, INC., | ) | |
| d/b/a INTEGRYS | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Lisa Kane
      Lisa Kane & Associates, P.C.
      120 South LaSalle Street
      Suite 1420
      Chicago, Illinois 60603

PLEASE TAKE NOTICE THAT on **Thursday, June 26, 2008 at 9:00 a.m.** we shall appear before the Honorable Judge David H. Coar, Courtroom 1419, 219 South Dearborn Street, Chicago, Illinois, and present **AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

INTEGRYS BUSINESS SUPPORT, LLC


By:  s/Staci Ketay Rotman - 06243241
        One of Its Attorneys

Lisa A. McGarrity - 06198304
Staci Ketay Rotman - 06243241
FRANCZEK SULLIVAN P.C.
300 South Wacker Drive
Suite 3400
Chicago, Illinois 60606-6785
(312)986-0300
lam@franczek.com
skr@franczek.com

Dated:  June 20, 2008

379635.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 20th day of June, 2008.

>Lisa Kane
>Lisa Kane & Associates, P.C.
>120 South LaSalle Street
>Suite 1420
>Chicago, Illinois 60603

>s/Staci Ketay Rotman - 06243241
>Staci Ketay Rotman

379635.1