IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>INTEGRYS BUSINESS SUPPORT, LLC,<br><br>    Defendant. | NO. 08 C 3185<br><br>Hon. Judge David H. Coar<br> Judge Presiding<br>Magistrate Judge Keys |

## REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this court's order, Janice Wegner, representing plaintiff, and Lisa A. McGarrity and Staci Ketay Rotman representing defendant, conferred on July 8, 2008, pursuant to Rule 26(f) to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(l); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

    A. The issues in this case may be simplified by taking the following steps:

        1. None Anticipated

    B. The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

      1. No modification is expected to be necessary.

      2. Defendant will propose a Protective Order governing the use of Confidential

documents.

C.  Discovery will be needed on the following subjects:

1.  Plaintiff's claims of Title VII gender discrimination and Plaintiff's claims of discrimination age discrimination under the Age Discrimination in Employment Act.

2.  Defendant's defenses, including but not limited to, its legitimate reasons for terminating Plaintiff.

3.  Plaintiff's alleged damages.

4.  Plaintiff's efforts to mitigate damages.

D.  Discovery should not be conducted in phases.

E.  Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes_____ No___X____

F.  The parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

G.  The parties have discussed the possibility of alternative dispute resolution and concluded: Such procedures would be premature at this time.

H.  The parties are discussing a prompt settlement or other resolution of this matter. Plaintiff will provide a written settlement demand to which Defendant will respond.

    I.  The Court should consider the following methods of expediting the resolution of this matter:  Not Applicable.

Dated: August 8, 2008

| | |
|---|---|
| /s/ Lisa Kane | /s/ Lisa A. McGarrity (by consent) |
| LISA KANE | LISA A. MC GARRITY |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| 120 SOUTH LA SALLE STREET | 300 SOUTH WACKER DRIVE |
| SUITE 1420 | SUITE 3400 |
| CHICAGO, ILLINOIS 60603 | CHICAGO, ILLINOIS 60606 |
| (312) 606-0383 | (312) 986-0300 |
| ATTORNEY CODE NO. 06203093 | ATTORNEY CODE NO. 06198304 |

    *Judge Coar*
United States District Judge