**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **KEVIN MILLER,** | |
| **Plaintiff,** | |
| | **NO. 08 C 3185** |
| **vs.** | |
| | **Hon. Judge David H. Coar** |
| **INTEGRYS BUSINESS SUPPORT, LLC,** | **Judge Presiding** |
| | **Magistrate Judge Keys** |
| **Defendant.** | |

**PROPOSED SCHEDULING ORDER**

**1. Discovery.**  The following time limits and deadlines shall be applicable.

A. All disclosures required by Rule 26(a)(l) will be made on or before July 25, 2008.

B. Any amendments to pleadings or actions to join other parties shall be filed on or before

September 1, 2008.

C. The cutoff of fact discovery is December 15, 2008.

D. The parties do not anticipate the use of expert testimony.

E.  The parties do not anticipate the use of expert testimony.

F.  The parties do not anticipate the use of expert testimony.

G.  The parties do not anticipate the use of expert testimony.

**2. Motions**.  Any dispositive motions to be filed on or before January 15, 2009.

**3. Final Pretrial Order and Conference.**  The final pretrial order shall be filed on or

before April 15, 2009, or thirty (30) days following ruling on any dispositive

motion, whichever is later.  The final pretrial conference to be set by  the Court

at the Rule 16 conference.

4. **Trial**.  Trial is set in this matter at 10:00 A.M., on _____.

**5. Status Hearings**.  A further status hearing/preliminary pretrial conference should be held on

_____.

Dated: August 8, 2008


/s/ Lisa Kane                                        /s/ Lisa A. McGarrity (by consent)
LISA KANE                                            LISA A. MC GARRITY.
ATTORNEY FOR PLAINTIFF                               ATTORNEY FOR DEFENDANT
120 SOUTH LA SALLE STREET                            300 SOUTH WACKER DRIVE
SUITE 1420                                           SUITE 3400
CHICAGO, ILLINOIS 60603                              CHICAGO, ILLINOIS 60606
(312) 606-0383                                       (312) 986-0300
ATTORNEY CODE NO. 06203093                           ATTORNEY CODE NO. 06198304


_____

*David H. Coar*
United States District Judge