**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **KEVIN MILLER,** | |
| **Plaintiff,** | **NO. 08 C 3185** |
| **vs.** | |
| | **Hon. Judge David H. Coar** |
| **INTEGRYS BUSINESS SUPPORT, LLC,** | **Judge Presiding** |
| | **Magistrate Judge Keys** |
| **Defendant.** | |

**NOTICE OF FILING**

TO:   **Lisa A. McGarrity, Esquire
Franczek Sullivan, P.C.
300 South Wacker Drive
Chicago, Illinois 60606**

     PLEASE TAKE NOTICE that on August 8, 2008, I have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, the Proposed Scheduling Order, a copy of which is also being filed VIA CM/ECF and served upon you.

     /s/ Lisa Kane
          LISA KANE

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney No. 06203093

**PROOF OF SERVICE**

     I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached documents to be served upon those persons to whom said Notice is directed, via ECF, this 25th day of May, 2008, before the hour of 5:00 P.M.

     /s/ Lisa Kane